UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fredrick Stewart,

      Petitioner,

v.

B. Eischen, *FPC Duluth*,

      Respondent.

File No. 24-cv-3432 (ECT/LIB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on September 9, 2024. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter,

**IT IS ORDERED THAT**:

    1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**.

    2. Petitioner Fredrick Stewart's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**.

    3. This matter is **DISMISSED WITH PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 16, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court